IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO BELMONTES,

    Petitioner,

vs.

WARDEN, San Quentin State Prison

    Respondent.

No. CIV S-89-0736 JAM KJM

DEATH PENALTY CASE

<u>ORDER</u>

On July 19, 2010 the Court of Appeals for the Ninth Circuit issued the mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure in petitioner's appeal no. 01-99018. Thus the Court of Appeals' June 16, 2010 judgment took effect on July 19. In its June 16 Order, the Court of Appeals affirmed this court's May 14, 2001 Order denying petitioner's petition for a writ of habeas corpus.

Accordingly, IT IS HEREBY ORDERED that the May 14, 2001 Order of this court is effective today.

DATED: August 18, 2010

                                      /s/ John A. Mendez
                                      U. S. DISTRICT COURT JUDGE